UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:21-po-00212-CKD |
|---|---|
| Plaintiff, | ) ORDER TO DISMISS AND VACATE INITIAL APPEARANCE |
| v. | ) |
| FRANCISCO J. GARCIA JR., | ) DATE: July 15, 2021 |
| Defendant. | ) TIME: 9:30 a.m. ) JUDGE: Hon. Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:21-po-00212-CKD is GRANTED.

It is further ordered that the initial appearance scheduled on July 15, 2021, is vacated.

IT IS SO ORDERED.

Dated: July 9, 2021

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE